IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION



| | | |
|---|---|---|
| JAMES BELL, PRO SE, <br> TDCJ-CID No. 877694, <br><br> Plaintiff, <br><br> V. <br><br> KEITH ODELL, CO IV, <br> MANUEL MENDOZA, CO IV, <br> JOHN JOWERS, Lt., <br> SAMUEL HASCHKE, CO IV, <br> COREY PRINGLE, CO II, <br> ROBERT PRINGLE, CO III, <br> B. STUBBLEFIELD, Capt., and <br> JOHN McSMITH, CO IV, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | 2:04-CV-0314 |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

Plaintiff JAMES BELL, proceeding *pro se* and while a prisoner in the custody of the Texas Department of Criminal Justice, Correctional Institutions Division, has filed suit pursuant to Title 42, United States Code, Section 1983 complaining against the above-named defendants and has been granted permission to proceed in forma pauperis.

On December 1, 2004, the Court issued an Order and Notice of Deficiency giving plaintiff thirty days in which to cure specified deficiencies by paying the filing fee or submitting an Application to Proceed In Forma Pauperis and an I.F.P. Data Sheet, as well as submitting his claims on the prisoner civil rights complaint form promulgated by the Court, with copies of relevant grievances.

The response period has expired and plaintiff has failed to cure the deficiencies or submit any responsive pleading or correspondence. It appears plaintiff has abandoned his suit and his claims for relief.

It is the conclusion of the United States District Judge that plaintiff has abandoned this cause and such cause should be dismissed for failure to prosecute. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962) (court possesses inherent power to dismiss sua sponte for lack of prosecution).

IT IS THEREFORE ORDERED:

The referral of the instant cause to the United States Magistrate Judge is hereby withdrawn.

This Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk will mail a copy of this Order to the plaintiff and to any attorney of record by first class mail.

IT IS SO ORDERED.

ENTERED this 31st day of May, 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

2